# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDEN ALEXANDER THOMAS, SR., <br><br> Petitioner, <br><br> v. <br><br> GISELLE MATTESON, Warden, <br><br> Respondent. | Case No. CV 21-3767-DSF (JPR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Respondent's motion to dismiss is GRANTED and Judgment be entered dismissing this action with prejudice.

DATED: February 22, 2022

DALE S. FISCHER
U.S. DISTRICT JUDGE