JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ALDEN ALEXANDER THOMAS, SR.,

     Petitioner,

    v.

GISELLE MATTESON, Warden,

     Respondent.

) Case No. CV 21-3767-DSF (JPR)
)
)
) **J U D G M E N T**
)
)
)
)
)
)
)

  Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

  IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:  February 22, 2022
             DALE S. FISCHER
             U.S. DISTRICT JUDGE